NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1322

STATE OF LOUISIANA

VERSUS

BRANDON JOSEPH ABSHIRE

************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 15098-02,
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan and Glenn B. Gremillion, Judges.

CONVICTION AFFIRMED; SENTENCE VACATED AND CASE
REMANDED FOR RESENTENCING.

Carla S. Sigler
Assistant District Attorney
Fourteenth Judicial District
Post Office Box 3206
Lake Charles, LA  70602
(337) 437-3400
COUNSEL FOR APPELLEE:
        State of Louisiana

Evelyn M. Oubre
Attorney at Law
522 Clarence Street

**Lake Charles, LA  70601**
**(337) 436-0337**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Brandon Joseph Abshire**